■ HERACHIO A. BOZO et al., Appellants, v. CLARK BROS. PAN AMERICAN, INC., et al., Respondents, et al., Defendants.— Judgment and order unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ In the Matter of CARMELA CALI et al., Appellants, against VOLUNTEERS OF AMERICA, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ JOSEPH NATALE, an Infant by OSCAR NATALE, His Guardian ad Litem, Respondent, v. GREAT ATLANTIC & PACIFIC TEA Co., Appellant.— Order unanimously affirmed on the law and in the exercise of discretion, without costs to either party. The amendment granted does not change the issues and, in our opinion, in no wise is indicative of the merits of the case. We give no more weight to the increased amount than we would have given had it been asserted originally. That is, an *ad damnum* clause merely informs an adversary of the maximum amount of the claim asserted without in any wise being proof of injury or indeed of liability. In the view we take we hold no more than that Special Term had, and exercised, its judicial discretion to grant the motion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ PLANET CONSTRUCTION CORPORATION, Appellant, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ AMERICAN FLUORIDE COMPANY et al., Appellants, v. IRWIN MARKOWITZ, Respondent, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ BELLETTE HUTTON, Respondent, v. LEONARD HUTTON, Appellant.— Interlocutory judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bergan, JJ.

■ MAYER KADISH, Respondent, v. GARMENT CENTER CAPITOL, INC., Defendant and Third-Party Plaintiff. KRULL BROTHERS, INC., Third-Party Defendant-Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bergan, JJ.

■ In the Matter of PHILIP-TOBY REALTIES, INC., Appellant, against TEMPORARY STATE HOUSING RENT COMMISSION, Respondent.— Final order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bergan, JJ.

■ In the Matter of SHEFA PROPERTIES CORP., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and BORIS L. BASS et al., Individually and as a Committee of the Residential Tenants of 1018 East 163rd Street, Bronx, New York, Intervenors-Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, State Rent Administrator. No opinion. Concur — Breitel, J. P., Valente, McNally. Stevens and Bergan, JJ.